ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

SOPHIA COOPER (CABN 320373)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6473
    Fax: (415) 436-7234
    Email: Sophia.Cooper@usdoj.gov

Attorneys for United States of America

FILED
Dec 07 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. 23-cr-0009 HSG |
|---|---|
| Plaintiff, | ) ORDER GRANTING MOTION FOR SUMMONS |
| v. | ) |
| FRANCO FANG, | ) |
| Defendant. | ) |

    Having reviewed the Declaration of Richard Vital, the Court finds probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Franco Fang, to appear on December 12, 2023 at 10:30 a.m. before Chief Magistrate Judge Donna M. Ryu to answer the Indictment that has been filed by the United States Attorney.

DATED: December 7, 2023

                                                                              
United States Chief Magistrate Judge Donna M. Ryu

[PROPOSED] ORDER FOR SUMMONS
23-cr-0009 HSG